# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

| | | |
|---|---|---|
| ALTON D. BROWN, | : | No. 531 MAL 2015 |
| | : | |
| Petitioner | : | |
| | : | Petition for Allowance of Appeal from |
| | : | the Order of the Commonwealth Court |
| v. | : | |
| | : | |
| | : | |
| MIKE WENEROWICZ, WENDY | : | |
| SHAYLOR, JON FISHER, LISA | : | |
| HOLLIBAUGH, | : | |
| | : | |
| Respondents | : | |

## ORDER

**PER CURIAM**

**AND NOW**, this 30th day of September, 2015, the Petition for Allowance of Appeal and Application for Correction/Supplementation are **DENIED**.